```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 27839
   TAMIKA M PETERS
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-8181


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 10/16/2008 and was not confirmed.

      The case was dismissed without confirmation 01/05/2009.
------------------------------------------------------------------------
 CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------
 WILSHIRE CREDIT CORPORAT  MORTGAGE NOTI  NOT FILED              .00             .00
 THE BANK OF NEW YORK TRU  CURRENT MORTG        .00              .00             .00
 CHASE HOME FINANCE LLC    SECURED NOT I        .00              .00             .00
 JP MORGAN                 SECURED NOT I  NOT FILED              .00             .00
 DEUTSCHE BANK             CURRENT MORTG        .00              .00             .00
 THE BANK OF NEW YORK TRU  MORTGAGE ARRE   17144.17              .00             .00
 COOK COUNTY TREASURER     PRIORITY       NOT FILED              .00             .00
 COOK COUNTY TREASURER     PRIORITY       NOT FILED              .00             .00
 CREDIT COLLECTION SERVIC  UNSECURED      NOT FILED              .00             .00
 ECAST SETTLEMENT CORP     UNSECURED        5572.91              .00             .00
 NICOR GAS                 UNSECURED      NOT FILED              .00             .00
 COMMONWEALTH EDISON       UNSECURED         923.83              .00             .00
 WILLIAM KEY               UNSECURED      NOT FILED              .00             .00
 VILLAGE OF FORD HTS WATE  UNSECURED      NOT FILED              .00             .00
 VILLAGE OF MARKHAM        UNSECURED      NOT FILED              .00             .00
 VILLAGE OF FORD HTS WATE  UNSECURED      NOT FILED              .00             .00
 AVELO MTG                 UNSECURED      NOT FILED              .00             .00
 ROUNDUP FUNDING LLC       UNSECURED         527.51              .00             .00
 COMMONWEALTH EDISON       UNSECURED      NOT FILED              .00             .00
 HOMECOMINGS FINANCIAL     UNSECURED      NOT FILED              .00             .00
 COMMONWEALTH EDISON       UNSECURED      NOT FILED              .00             .00
 TONYA BROCK               NOTICE ONLY    NOT FILED              .00             .00
 GMAC MORTGAGE CORP        MORTGAGE NOTI  NOT FILED              .00             .00
 CHASE HOME FINANCE LLC    MORTGAGE NOTI  NOT FILED              .00             .00
 CHASE HOME FINANCE LLC    SECURED NOT I   20400.22              .00             .00
 DEUTSCHE BANK             SECURED NOT I    4533.08              .00             .00
 REAL TIME RESOLUTION      CURRENT MORTG        .00              .00             .00
 REAL TIME RESOLUTION      SECURED NOT I    3882.36              .00             .00
 SHELDON HODES & ASSOC     DEBTOR ATTY          .00                              .00
 TOM VAUGHN                TRUSTEE                                               .00
 DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 27839 TAMIKA M PETERS
```

```
--------------------------------------------------------------------------------
TRUSTEE                                                      .00

PRIORITY                                                                  .00
SECURED                                                                   .00
UNSECURED                                                                 .00
ADMINISTRATIVE                                                            .00
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                             .00
                                              ---------------   ---------------
TOTALS                                                   .00               .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                       /s/ Tom Vaughn
   Dated: 03/05/09                     _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE
```

                                    PAGE   2
              CASE NO. 08 B 27839 TAMIKA M PETERS